# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE MARTIN SISILIANO-LOPEZ, | No. 1:16-CV-01793 |
| Petitioner, | (Judge Brann) |
| v. | |
| CRAIG A. LOWE, *et al.*, | |
| Respondents. | |

## ORDER

**MARCH 25, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion for Attorneys' Fees (Doc. 30) is **GRANTED in part and DENIED in part**;

2. The Government **SHALL PAY** attorneys' fees and costs to Sisiliano-Lopez's counsel in the amount of $12,033.75, representing all work done on Sisiliano-Lopez's behalf in this matter after September 28, 2016; and

3. Such payment **SHALL BE MADE** to Brophy & Lenahan P.C.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge